# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2023-3472
LT Case No. 2023-01817-MM

_____

WILLIAM JOSEPH SANDERS, III,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the County Court for Putnam County.
Anne Marie Gennusa, Judge.

Matthew J. Metz, Public Defender, and George D.E. Burden,
Assistant Public Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Mitchell
Sanders, Assistant Attorney General, Daytona Beach, for
Appellee.

August 2, 2024

PER CURIAM.

In this *Anders*[1] appeal, we affirm Appellant's judgment and
sentence.  However, we remand for entry of a corrected judgment

---

[1]  *Anders v. California*, 386 U.S. 738 (1967).

striking the $50 cost of investigation as "it was not part of the plea agreement, requested by the State, or orally pronounced." *See Gandy v. State*, 386 So. 3d 266 (Fla. 5th DCA 2024).

AFFIRMED; REMANDED with instructions.

BOATWRIGHT, KILBANE, and MACIVER, JJ., concur.

———————————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————————————